Case No. 23-1481

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES J. KELLY, JR.

    Defendant - Appellant

Upon consideration of the Appellant's emergency motion to stay district court's order,

It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: January 04, 2024